# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143847

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ANDY REDD SPARKS,
        Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143847
COA: 305219
Montcalm CC: 2009-011391-FH

On order of the Court, the application for leave to appeal the September 16, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk

t1219